UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN GILLMAN, as Personal Representative of the ESTATE OF MEGAN ANN MILLER, Deceased,

    Plaintiff's,

-vs-

CITY OF TROY and JULIE GREEN-HERNANDEZ,

    Defendants.
                                 /

CA: 21-12762

HON: MARK A. GOLDSMITH
MAG. KIMBERLY G. ALTMAN

JOHNSON LAW, PLC
Ven R. Johnson (P39219)
Jeffrey T. Stewart (P24138)
David S. Shiener (P78608)
Attorneys for Plaintiff
535 Griswold, Ste. 2632
Detroit, MI  48226
(313) 324-8300
dshiener@venjohnsonlaw.com

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
By:  Margaret T. Debler  (P43905)
Holly S. Battersby (P72023)
Michael T. Berger (P77143)
Attorneys for Defendant Hernandez
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331
(248) 489-4100
mdebler@rsjalaw.com
hbattersby@rsjalaw.com
mberger@rsjalaw.com
                                 /

**APPEARANCE**

To the Clerk of the Court:

Please enter my Appearance for **JULIE GREEN-HERNANDEZ** in the above-captioned matter.

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

s/Michael T. Berger
Attorney for Defendant Hernandez
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
mberger@rsjalaw.com
(P77143)

DATED: December 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: David S. Shiener; and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [none].

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

s/Michael T. Berger
Attorney for Defendant Hernandez
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
mberger@rsjalaw.com
(P77143)

LOCAL RULE CERTIFICATION: I, Michael T. Berger, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3)