# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**STEVEN GILLMAN,** as Personal Representative of the ESTATE OF MEGAN ANN MILLER, Deceased,

    Plaintiff,

V

CITY OF TROY and JULIE GREEN-HERNANDEZ,

    Defendants.

Case No: 21-12762

Honorable Judge Mark A Goldsmith

_____/

| | |
|---|---|
| VEN R. JOHNSON (P39219) | LORI GRIGG BLUHM (P46908) |
| JEFFREY T. STEWART (P24138) | City Attorney |
| DAVID S. SHIENER (P78608) | JULIE QUINLAN DUFRANE (P59000) |
| JOHNSON LAW, PLC | Assistant City Attorney |
| Attorneys for Plaintiff | Attorneys for City of Troy |
| 535 Griswold, Suite 2632 | 500 W. Big Beaver Road |
| Detroit, MI 48226 | Troy, MI 48084 |
| (313) 32408300 | (248) 524-3320 |
| dshiener@venjohnsonlaw.com | j.dufrane@troymi.gov |

_____/

## APPEARANCE

PLEASE BE ADVISED, that I have on this date filed an Appearance on behalf of Defendant City of Troy.

Dated: December 22, 2021

    CITY OF TROY - ATTORNEY'S OFFICE
    Lori Grigg Bluhm (P46908)
    Troy City Attorney

    BY:  s/Julie Quinlan Dufrane
           Julie Quinlan Dufrane (P590000)
           Assistant City Attorney

        Attorneys for Defendant
        500 W. Big Beaver Rd.
        Troy, MI 48084
        (248) 524-3320
        j.dufrane@troymi.gov

## Certificate of Service

I hereby certify that on December 22, 2021, I electronically filed an Appearance on behalf of Defendant City of Troy using the ECF system which will send notification of such filing to all parties of record using the ECF system.

Dated: December 22, 2021

        s/Julie Quinlan Dufrane (P59000)
        City of Troy – City Attorney's Office
        Attorney for Defendant City of Troy
        500 W. Big Beaver Road
        Troy, MI 48084
        (248) 524-3320
        j.dufrane@troymi.gov