UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN, as personal
representative for the estate of
MEGAN ANN MILLER,

      Plaintiff,

v.

CITY OF TROY, et al.,

      Defendants.
_____/

Case No. 21-cv-12762

HON. MARK A. GOLDSMITH

## ORDER REGARDING DEFENDANT'S MOTION TO COMPEL RESPONSE TO DISCOVERY REQUESTS (Dkt. 19)

Defendant Julie Green-Hernandez has filed a motion to compel Plaintiff Steven Gillman to respond to discovery requests (Dkt. 19), contending that Gillman has failed to respond to interrogatives or requests to produce. To facilitate expeditious resolution of the motion, pursuant to Federal Rule of Civil Procedure 1 and its inherent authority, the Court modifies customary motion practice in the manner set forth below:

    1.  The parties shall confer in a good faith effort to resolve the issues raised by the motion. If that effort does not resolve the motion, Gillman shall serve and file a response to the present motion by **July 5, 2022.**

    2.  A motion hearing is scheduled for **July 12, 2022** at 11:00 a.m. at the Federal Courthouse, 231 W Lafayette Blvd, Detroit, MI 48226.

    3.  If Gillman fails to serve and file a timely response, the Court will construe such failure as Gillman's tacit acknowledgement that there is no opposition to the motion. The hearing will be

cancelled without further notice, and the Court will decide the motion based on the papers filed by the moving party.

    4. The Court will enforce Federal Rule of Civil Procedure 37(a)(5), which makes the award of costs, including attorney fees, mandatory in certain circumstances.

    SO ORDERED.

s/Mark A. Goldsmith<br>
MARK A. GOLDSMITH<br>
United States District Judge

Dated: June 29, 2022