UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

       Plaintiff,                      Case No. 21-cv-12762

v                                     HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

       Defendants.
_____/

### ORDER SETTING DEADLINES FOR BRIEFING ON PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER (Dkt. 29).

Before the Court is Plaintiff Steven Gillman's motion to extend the scheduling order (Dkt. 29). Defendants must file any response to this motion on or by December 16, 2022. Any reply is due December 19, 2022.

       SO ORDERED.

Dated: December 12, 2022                     s/Mark A. Goldsmith
      Detroit, Michigan                     MARK A. GOLDSMITH
                                                   United States District Judge