UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

        Plaintiff,                       Case No. 21-cv-12762

v                                          HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

        Defendants.
_____/

**ORDER (1) GRANTING PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER (Dkt. 29) AND (2) AMENDING CASE MANAGEMENT AND SCHEDULING ORDER (Dkt. 18)**

      Before the Court is Plaintiff Steven Gillman's motion (Dkt. 29) to extend the case management and scheduling order (CMO) (Dkt. 18). The Court grants Gillman's motion.[1] The Court sees no cognizable prejudice to Defendants with a modest adjustment, which will allow completion of discovery and maintain the current trial schedule. The schedule is amended as follows:

| EVENT | DEADLINE |
|---|---|
| Expert Witness List/Disclosures/Report – Plaintiff | **December 23, 2022** |
| Expert Witness List/Disclosures/Report - Defendant | **January 20, 2023** |
| Fact and Expert Discovery | **February 3, 2023** |
| Dispositive Motions & Motions to Limit/Exclude Expert Testimony | **February 17, 2023** |

---

[1] Because oral argument will not aid the Court's decision, the motion will be decided based on the parties' briefing. See E.D. Mich. LR 7.1(f)(2). In addition to Gillman's motion, the briefing includes Defendant City of Troy's response (Dkt. 31) and Defendant Julie Green-Hernandez's response (Dkt. 32).

All other deadlines in the CMO remain the same.

SO ORDERED.

Dated: December 22, 2022  
       Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge