UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN GILLMAN, as Personal
Representative of the ESTATE OF MEGAN
ANN MILLER, Deceased,

              Plaintiff's,

v

CITY OF TROY and JULIE GREEN-
HERNANDEZ,

              Defendants.
                                          /

CA: 21-12762

HON: MARK A. GOLDSMITH
MAG. KIMBERLY G. ALTMAN

JOHNSON LAW, PLC
Ven R. Johnson (P39219)
Ayanna D. Hatchett (P70055)
Attorneys for Plaintiff
535 Griswold, Ste. 2632
Detroit, MI 48226
(313) 324-8300
vjohnson@venjohnsonlaw.com
ahatchett@venjohnsonlaw.com

Lori Grigg Bluhm (P46908)
Julie Quinlan Dufrane (P59000)
Attorneys for City of Troy
500 W. Big Beaver Road
Troy, MI 48084
(248) 524-3320
bluhmlg@troymi.gov
j.dufrane@troymi.gov

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
BY: Margaret T. Debler (P43905)
Holly S. Battersby (P72023)
Michael T. Berger (P77143)
Attorneys for Green-Hernandez
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
mdebler@rsjalaw.com
hbattersby@rsjalaw.com
mberger@rsjalaw.com

**DEFENDANT CITYOF TROY'S MOTION FOR LEAVE TO FILE AUDIO AND VIDEO EXHIBITS USING THE COURT'S MEDIA FILE PORTAL UTILITY**

NOW COMES Defendant City of Troy, by and through its attorneys, for its motion to file certain exhibits utilizing this Court's Media File Upload Utility Portal identified as audio and video recordings, listed more fully below, and states as follows:

1. Pursuant to this Court's revised scheduling order (**Dkt. No. 33**) dated December 12, 2022, the Defendants' deadline to file a motion for summary judgment is February 17, 2023. Defendant City of Troy intends to timely file its motion for summary judgment.

2. Certain exhibits the Defendant City of Troy intends to rely on are video excerpts which cannot be e-filed and are identified in the Brief and in the Index of Exhibits as follows:

- **Exhibit 2: ICV Officer Morrow**
- **Exhibit 4: Troy PD Sally port**
- **Exhibit 5: Troy PD Booking vestibule**
- **Exhibit 6: Troy PD Booking corridor from vestibule**
- **Exhibit 7: Booking area**
- **Exhibit 8: Booking entry door with Det. Shuler**
- **Exhibit 9: Book corridor with Det. Shuler**
- **Exhibit 15: Female lock up area 1240-1400 7/19/2022**
- **Exhibit 16: Female lock up area 1500-1600 7/19/2022**

- **Exhibit 17: Audio recordings**

3. Given the importance of the exhibits and the content contained within, Defendant Troy seeks an Order to file these exhibits using this Court's Media File Upload Utility Portal.

4. Because the above referenced video exhibits are excerpts only, they are not proposed to be filed under seal because of the fixed nature of the camera angles.

5. The parties received full copies of the applicable videos through discovery.

6. The videos identified as "Female lock up area" have been excerpted to the most relevant time frames and to be mindful of this Court's time.

7. Counsel for Defendant City of Troy intends to deliver a copy of the audio and video exhibit recordings identified above to Plaintiff's counsel and counsel for Co-Defendant Green-Hernandez. These copies will either be on a zip drive or through a digital transfer portal such WeTransfer or Dropbox.

WHEREFORE Defendant City of Troy respectfully requests this Court to grant leave to file to file the audio and video recordings identified above using the Court's Media File Portal.

2

Dated: February 16, 2023

                            s/ Julie Quinlan Dufrane
                            Attorneys for City of Troy
                            500 W. Big Beaver Road
                            Troy, MI  48084
                            (248) 524-3320
                            j.dufrane@troymi.gov
                            (P59000)

## **CERTIFICATION**

1. Pursuant to E.D. Mich. L.R. 7.1(a) and this Court's Motion Practice Protocol,

   Defendant City of Troy states as follows:

   a. On February 15, 2023, the undersigned counsel certifies that she wrote an email to opposing counsel, AYANNA HATCHETT, and counselors for Defendant Green-Hernandez regarding the nature of this motion for the purpose of seeking concurrence in relief sought. Counsel for Green-Hernandez, Michael Berger, provided consent on February 15, 2023. Plaintiff's counsel stated she would like to view the exhibits before providing consent. Undersigned counsel states that these videos were previously provided, in their entirety, during discovery. Some portions of the videos have been excerpted to be more relevant and to be mindful of this Court's time.

                            s/Julie Quinlan Dufrane
                            Julie Quinlan Dufrane (P59000)
                            Attorney for Defendant City of Troy

# EXHIBIT A

PROPOSED ORDER

ALSO SUBMTTED IN THE UTILITY PORTAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN GILLMAN, as Personal Representative of the ESTATE OF MEGAN ANN MILLER, Deceased,<br><br>            Plaintiff,<br>v<br><br>CITY OF TROY and JULIE GREEN-HERNANDEZ,<br>            Defendants. | CASE NO 21-12762<br>HON. Mark A. Goldsmith<br>Magistrate Altman |

_____/

| | |
|---|---|
| VEN R. JOHNSON (P39219)<br>AYANNA D. HATCHETT (70055)<br>JOHNSON LAW, PLC<br>535 Griswold Street, Suite 2600<br>Detroit, MI 48226<br>(313) 324-8300<br>ahatchett@venjohnsonlaw.com | LORI GRIGG BLUHM (P46908)<br>JULIE Q.DUFRANE (59000)<br>Attorneys for City of Try<br>500 W. Big Beaver Rd.<br>Troy, MI 48083<br>(248) 524-3320<br>lbluhm@troymi.gov<br>j.dufrane@troymi.gov |
| MARGARET T. DEBLER (P43905)<br>HOLLY S. BATTERSBY (P72023)<br>MICHAEL T. BERGER (P77143)<br>Attorneys for Green-Hernandez<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>mdebler@rsjlaw.com<br>hbattersby@rsjlaw.com<br>mberger@rsjlaw.com | |

_____/

**ORDER GRANTING DEFENDANT CITY TROY'S MOTION FOR LEAVE TO FILE AUDIO AND VIDEO EXHIBITS USING THE COURT'S MEDIA FILE PORTAL UTILITY**

2

This matter having come before the Court and the Court being otherwise fully informed of Defendant Troy's Motion for Leave to File Exhibits Using the Court's Media File Portal Utility;

**IT IS HEREBY ORDERED** that Defendant City of Troy's Motion for Leave to File Exhibits Using the Court's Media File Portal Utility and be part of this Court's record is GRANTED.

**IT SO ORDERED.**

‎ HON. MARK A. GOLDSMITH
U.S. DISTRICT JUDGE

Dated: _____