UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN GILLMAN, as Personal
Representative for the ESTATE OF
MEGAN ANN MILLER, Deceased,

      Plaintiff,                Case No. 21-12762

-vs-                          HON. MARK A. GOLDSMITH

CITY OF TROY and
JULIE GREEN-HERNANDEZ,

      Defendants.

| | |
|---|---|
| AYANNA D. HATCHETT (70055) | LORI GRIGG BLUHM (P46908) |
| VEN R. JOHNSON (P39219) | City Attorney |
| JOHNSON LAW, PLC | JULIE QUINLAN DUFRAINE (P59000) |
| 535 Griswold Street, Suite 2600 | Asst. City of Attorney |
| Detroit, MI 48226 | Attorneys for City of Troy |
| (313) 324-8300 | 500 W. Big Beaver Road |
| ahatchett@venjohnsonlaw.com | Troy, MI 48083 |
| | 248-524-3320 |
| | |
| | MARGARET T. DEBLER (P43905) |
| | HOLLY S. BATTERSBY (P72023) |
| | MICHAEL T. BERGER (P77143) |
| | Attorneys for Defendant Hernandez |
| | 27555 Executive Drive, #250 |
| | Farmington Hills, MI 48331 |
| | (313) 489-4100 |
| | mdebler@rsjalaw.com |
| | hbattersby@rsjalaw.com |
| | mberger@rsjalaw.com |

**DEFENDANT GREEN-HERNANDEZ'S EX PARTE MOTION FOR
LEAVE TO FILE EXHIBTIS VIA MEDIA UPLOAD**

The undersigned attorney for Julie Green-Hernandez, pursuant to the Electronic Filing Policies and Procedures seeks leave of this Court to file an exhibit via the electronic portal "Media File Upload" in CM/ECF.

The exhibits, which are attached to her Motion for Summary Judgment (ECF 40) are identified as:

- Ex. 12 – Morrow Dash Cam
- Ex. 13 - 1# PDLU Sallyport Fixed
- Ex. 14 - 3# PDLU Booking Vestibule
- Ex. 15 - 7# PDLU Booking Camera
- Ex. 16 - Video Schuler Interview
- Ex. 23 - 6-19-2020 Video Noon-2p
- Ex. 28 – 7-19-2020 Video 2p-4p
- Ex. 29 - 20-18508_LU CALLS

Those exhibits are video or audio files which cannot be converted to PDF.

For the foregoing reason, the undersigned respectfully requests that this Court grant the leave sought in this motion.

1

        Respectfully submitted,

        ROSATI SCHULTZ JOPPICH
        & AMTSBUECHLER PC

        s/ Michael T. Berger
        Attorney for Defendant Hernandez
        27555 Executive Drive, Ste. 250
        Farmington Hills, MI 48331
        (248) 489-4100
        mberger@rsjalaw.com
        (P77143)

DATED:  February 17, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:  All counsel of record.

        ROSATI SCHULTZ JOPPICH
        & AMTSBUECHLER PC

        s/ Michael T. Berger
        Attorney for Defendant Hernandez
        27555 Executive Drive, Ste. 250
        Farmington Hills, MI 48331
        (248) 489-4100
        mberger@rsjalaw.com
        P77143