UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Steven Gillman                           ,

      Plaintiff(s),

v.                                        Case No. 21-12762

City of Troy, et al.                      HON. MARK A. GOLDSMITH
                                      ,

      Defendant(s).
_____/

### ORDER STRIKING DOCUMENT (Dkt. 45 )

The Court has reviewed the following document: Def. Mot. to Seal

(Dkt. 45 ). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Defendant Green-Hernandez's motion does not contain the local rules certification in accordance with this Court's December 1, 2021 order (Dkt. 4).

Accordingly, the Court strikes the document. Def. Green-Hernandez shall file a corrected document that complies with all requirements on or before February 24, 2023.

SO ORDERED.

Dated: February 22, 2023  
Detroit, Michigan

s/ Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 22, 2023.

s/ Karri Sandusky  
Karri Sandusky  
Case Manager