# EXHIBIT 1

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


STEVEN GILLMAN, as Personal

Representative of the ESTATE

OF MEGAN ANN MILLER, Deceased,

              Plaintiff,

      vs.              Case No. 21:12762

                      Hon. Kimberly G. Altman

CITY OF TROY and JULIE GREEN-HERNANDEZ,

              Defendants.

                        /


      The Remote Deposition of

      PSA JULIE GREEN-HERNANDEZ,

      Remote Proceeding,

      Commencing at 12:18 p.m.,

      Thursday, February 2, 2023,

      Before Sabrina Smith, CSR-2129.

PSA JULIE GREEN-HERNANDEZ
February 02, 2023

| | | |
|---|---|---|
| 1 | | cell waiting for backup:  One of the reasons, I think, |
| 2 | | and I don't want to put words in your mouth, but was |
| 3 | | that if someone were to commit suicide while two PSAs |
| 4 | | were in the cell, that would be a concern, correct? |
| 5 | A. | Correct. |
| 6 | Q. | Are there any other concerns that you're aware of with |
| 7 | | respect to why you'd need to wait for backup? |
| 8 | A. | Because a lot of times if somebody is out of it and |
| 9 | | then they come back, sometimes they'll be combative, |
| 10 | | not because they're being mean, but just because |
| 11 | | they're disoriented, they don't know what's going on |
| 12 | | and they become disoriented, they start fighting and |
| 13 | | if we're both in the cell fighting, there's nobody |
| 14 | | down to help us. |
| 15 | Q. | If I use the term possum, does that mean anything? |
| 16 | A. | Yes. |
| 17 | Q. | What does than mean? |
| 18 | A. | That means that they're pretending to be sick so |
| 19 | | you'll go in there and they'll attack you and that's |
| 20 | | one of the concerns. |
| 21 | Q. | Is that one of the concerns you would have for |
| 22 | | immediately going into the cell, is somebody playing |
| 23 | | possum? |
| 24 | A. | Yes.  I didn't know how to properly say that but, yes, |
| 25 | | that would be another one. |