UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

        Plaintiff,                             Case No. 21-cv-12762

v                                               HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

        Defendants.
_____/

**ORDER REGARDING DEFENDANTS' MOTIONS FOR LEAVE TO FILE EXHIBITS USING MEDIA FILE UPLOAD (Dkt. 36, 41)**

Defendant City of Troy filed a motion for leave to file exhibits using Media File Upload in support of its motion for summary judgment (Dkt. 36). Defendant Julie Green-Hernandez also filed a motion for leave to file exhibits using Media File Upload in support of her motion for summary judgment (Dkt. 41).

For each exhibit that Defendants seek to file using Media File Upload, they must (i) state what the exhibit is, (ii) briefly explain the relevance of the exhibit, (iii) explain how many video/audio clips the exhibit contains, and (iv) state the length of the clips. Defendants must each provide this information in a statement filed on the docket by March 8, 2023.

        SO ORDERED.

Dated: February 28, 2023                        s/Mark A. Goldsmith
   Detroit, Michigan                       MARK A. GOLDSMITH
                                                    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 28, 2023.

                                                      s/Kelly Winslow
                                                      Case Manager