# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEVEN GILMAN, as Personal
Representative of the ESTATE OF
MEGAN ANN MILLER, Deceased,

      Plaintiff,

CITY OF TROY and
JULIE GREEN-HERNANDEZ,

      Defendants.

Case No. 21-cv-12762
HON. MARK A. GOLDSMITH

---

| | |
|---|---|
| AYANNA D. HATCHETT (P70055) | LORI GRIGG BLUHM (P46908) |
| VEN R. JOHNSON (P39219) | JULIE QUINLAN DUFRANE (P59000) |
| JOHNSON LAW, PLC | Attorneys for the City of Troy |
| Attorney for Plaintiff | 500 W. Big Beaver Rd. |
| 535 Griswold Street, Suite 2600 | Troy, MI 48083 |
| Detroit, MI 48226 | (248) 524.3320 |
| (313) 324.8300 | j.dufraine@troymi.gov |
| ahatchett@venjohnsonlaw.com | |
| | MARGARET T. DEBLER (P43905) |
| | HOLLY S. BATTERSBY (P72023) |
| | MICHAEL T. BERGER (P77143) |
| | Attorneys for Defendant Hernandez |
| | 27555 Executive Drive, #250 |
| | Farmington Hills, MI 48331 |
| | (248) 489.4100 |
| | mdebler@rsjlaw.com |
| | hbattersby@rsjlaw.com |
| | mberger@rsjlaw.com |

---

**STIPULATION AND ORDER ALLOWING WITHDRAWAL AS ATTORNEY**

PLEASE TAKE NOTICE that Attorney, MADELINE SINKOVICH (P82846), is no longer employed with Johnson Law, PLC., and withdraw as co-counsel of record for Plaintiff, STEVE GILLMAN, Personal Representative for the Estate of Megan Ann Miller, Deceased, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, that MADELINE SINKOVICH (P82846), be allowed to withdraw her appearance as counsel in this matter and the Plaintiff will continue to be represented by Ayanna D. Hatchett & Ven R. Johnson of Johnson Law, PLC.

SO ORDERED

Dated: March 2, 2023  
Detroit, MI

s/ Mark A. Goldsmith  
MARK A. GOLDSMITH  
UNITED STATES DISTRICT JUDGE

/s/*Ayanna D. Hatchett*  
AYANNA D. HATCHETT (P70055)  
Attorney for Plaintiff  
JOHNSON LAW, PLC  
535 Griswold Street, Suite 2600  
Detroit, MI 48226  
(313) 324-8300  
ahatchett@venjohnsonlaw.com

/s/*Madeline Sinkovich (w/consent)*  
MADELINE SINKOVICH (P82846)  
MIKE MORSE LAW FIRM  
24901 Northwestern Hwy., Suite 700  
Southfield, MI 48075  
(855) 679-1207  
madeline.sinkovich@855mikewins.com