UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

                Plaintiff,                           Case No. 21-cv-12762

v                                         HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

                Defendants.

_____/

## ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS USING MEDIA FILE UPLOAD (Dkt. 60)

This matter is before the Court on Plaintiff Steven Gillman's motion for leave to file three exhibits using Media File Upload (Dkts. 60). For each exhibit that Gillman seeks to file using Media File Upload, he must (i) state what the exhibit is and (ii) briefly explain the relevance of the exhibit, (iii) state how many video/audio clips, and (iv) state the length of the clips. Gillman must provide this information in a statement filed on the docket by March 20, 2023. Because of Media File Upload storage limitations, Gillman is directed to limit the size of his media files to the minimum necessary to support his position, and to not file any media files duplicative of those already filed.

SO ORDERED.

Dated: March 14, 2023                      s/Mark A. Goldsmith
      Detroit, Michigan                 MARK A. GOLDSMITH
                                   United States District Judge