UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

      Plaintiff,                                     Case No. 21-cv-12762

v                                                    HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

      Defendants.
_____/

### ORDER DIRECTING PLAINTIFF TO FILE STATEMENT

      Before the Court is Plaintiff Steven Gillman's motion for leave to file exhibits via Media File Upload (Dkt. 60). The Court directed Gillman to file a statement in support of this motion by March 20, 2023. See 3/14/23 Order (Dkt. 67). Gillman has not done so. Gillman must file the statement described in this Court's March 14, 2023 order by April 25, 2023. If he does not do so, the Court will deny his motion for leave to file exhibits via Media File Upload.

      SO ORDERED.

Dated: April 18, 2023                                  s/Mark A. Goldsmith
     Detroit, Michigan                              MARK A. GOLDSMITH
                                                     United States District Judge