UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

        Plaintiff,                      Case No. 21-cv-12762

v                                        HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

        Defendants.

_____/

## ORDER ADJOURNING DEADLINES

The following events are adjourned until further order of the Court: (i) the final settlement conference scheduled for May 8, 2023; (ii) the deadline for filing all other motions, including motions in limine; and (iii) the deadline for submitting the joint final pretrial order.

        SO ORDERED.

Dated: April 24, 2023                                  s/Mark A. Goldsmith
       Detroit, Michigan                           MARK A. GOLDSMITH
                                                        United States District Judge