UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STEVEN GILLMAN,

        Plaintiff,                              Case No. 21-cv-12762

v                                              HON. MARK A. GOLDSMITH

CITY OF TROY, et al.,

        Defendants.
_____/

**<u>ORDER DIRECTING PLAINTIFF TO FILE AMENDED STATEMENT</u>**

        The Court directed Gillman to file a statement in support of his motion for leave to file exhibits via Media File Upload. <u>See</u> 3/14/23 Order (Dkt. 67). When he failed to do so, the Court again ordered him to file the statement. <u>See</u> 4/18/23 Order (Dkt. 84). Gillman has now filed a statement in support of his motion (Dkt. 87). The statement does not comply with this Court's March 14, 2023 order because it does not state the length of Gillman's proposed Exhibit 25. <u>See</u> 3/14/23 Order at 1.

        Gillman is directed to file an amended statement that is compliant with this Court's orders by May 1, 2023. As stated, "Gillman is directed to limit the size of his media files to the minimum necessary to support his position, and to not file any media files duplicative of those already filed." 3/14/23 Order. If Gillman fails to file an amended statement that is compliant with the Court's directions by May 1,

1

2023, the Court will deny his motion for leave to file exhibits via Media File Upload, and it will order Gillman's counsel to show cause why she should not be sanctioned for failing to comply with this Court's orders.

    SO ORDERED.

Dated: April 26, 2023　　　　　　　　　　s/Mark A. Goldsmith
    Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge