**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVEN GILMAN, as Personal
Representative of the ESTATE OF
MEGAN ANN MILLER, Deceased,

        Plaintiff,                Case No. 21-cv-12762
                                    HON. MARK A. GOLDSMITH

CITY OF TROY and
JULIE GREEN-HERNANDEZ,

        Defendants.

---

AYANNA D. HATCHETT (P70055)      LORI GRIGG BLUHM (P46908)
VEN R. JOHNSON (P39219)           JULIE QUINLAN DUFRANE(P59000)
JOHNSON LAW, PLC              Attorneys for the City of Troy
Attorney for Plaintiff             500 W. Big Beaver Rd.
535 Griswold Street, Suite 2600    Troy, MI  48083
Detroit, MI 48226                (248) 524.3320
(313) 324-8300                   j.dufraine@troymi.gov
ahatchett@venjohnsonlaw.com

                                 MARGARET T. DEBLER (P43905)
                                 HOLLY S. BATTERSBY (P72023)
                                 MICHAEL T. BERGER (P77143)
                                 Attorneys for Defendant Hernandez
                                 27555 Executive Drive, #250
                                 Farmington Hills, MI 48331
                                 (248) 489-4100
                                 mdebler@rsjlaw.com
                                 hbattersby@rsjlaw.com
                                 mberger@rsjlaw.com

---

**STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF**

1

Please take notice that Aristidi Papaioannou of Johnson Law, PLC have this day been substituted in the above captioned cause as attorney for Plaintiff in place and stead of Ayanna D. Hatchett only.

| | |
|---|---|
| /s/ *Aristidi Papaioannou* _____ | /s/ *Ayanna D. Hatchett (w/consent)* |
| ARISTIDI PAPAIOANNOU (P81049) | AYANNA D. HATCHETT (P70055) |
| JOHNSON LAW, PLC | |
| 535 Griswold Street, Suite 2600 | |
| Detroit, MI 48226 | |
| (313) 324-8300 | |
| apapaioannou@venjohnsonlaw.com | |

## ORDER PERMITTING SUBSTITUTION OF ATTORNEY FOR PLAINTIFF

This matter having come before the Court by Stipulation for Substitution of Plaintiff, STEVE GILLMAN, Personal Representative of the Estate of Megan Ann Miller, Deceased, counsel and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Attorney ARISTIDI PAPAIOANNOU and the law firm of JOHNSON LAW, PLC, is substituted in the above-referenced civil-action as counselor of record for Plaintiff, in place of Attorney Ayanna D. Hatchett, only.

SO ORDERED.

Dated:  July 26, 2023                     s/Mark A. Goldsmith _____
        Detroit, Michigan                 MARK A. GOLDSMITH
                                          United States District Judge

2