# EXHIBIT 3

Proposed Order Approving Settlement Distribution

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DARREN FINDLING, as Personal
Representative for the ESTATE OF
MEGAN ANN MILLER (deceased),

       Plaintiff,

CITY OF TROY and
JULIE GREEN-HERNANDEZ,

       Defendants.

Case No. 21-cv-12762
HON. MARK A. GOLDSMITH
MAG. KIMBERLY G. ALTMAN

| | |
|---|---|
| AYANNA D. HATCHETT (P70055)<br>THOMAS W. WAUN (P34224)<br>VEN R. JOHNSON (P39219)<br>VEN JOHNSON LAW, PLC<br>Attorneys for Plaintiff<br>535 Griswold Street, Suite 2600<br>Detroit, MI 48226<br>(313) 324.8300<br>ahatchett@venjohnsonlaw.com<br>twaun@venjohnsonlaw.com<br>vjohnson@venjohnsonlaw.com | LORI GRIGG BLUHM (P46908)<br>JULIE QUINLAN DUFRANE (P59000)<br>Attorneys for the City of Troy<br>500 W. Big Beaver Rd.<br>Troy, MI  48083<br>(248) 524.3320<br>j.dufraine@troymi.com<br><br>MARGARET T. DEBLER (P43905)<br>HOLLY S. BATTERSBY (P72023)<br>MICHAEL T. BERGER (P77143)<br>Attorneys for Defendant Hernandez<br>27555 Executive Drive, # 250<br>Farmington Hills, MI 48331<br>(248) 489.4100<br>mdebler@rsjlaw.com<br>hbattersby@rsjlaw.com<br>mberger@rsjlaw.com |

**ORDER APPROVING SETTLEMENT, AUTHORIZING DISTRIBUTION**
**& AMENDING THE CASE CAPTION**

1

At a session of said Court held in Court in
Wayne County, State of Michigan,
On this ____ day of _____, 2025.

PRESENT:  HONORABLE MARK A. GOLDSMITH

With the estate's corresponding motion having been filed with and granted by this Honorable Court following its hearing; therefore,

IT IS ORDERED that the caption for this case shall be amended to reflect Darren Findling as the Personal Representative for Decedent's, Megan Miller, estate as represented in the caption of this order;

FURTHER, IT IS ORDERED that the settlement amount of $450,000.00 is approved; likewise, the distribution of the proceeds from the settlement to the claimants as proposed in the estate's motion is authorized and shall be distributed as follows:

    a. In accordance with the Contract for Legal Representation entered between counsel and the Plaintiff's estate, the $38,035.37 expended in costs to pursue this matter plus the one-third attorney fee of $137,321.54 is payable to *Ven Johnson Law, PLC;*

    b. $ 5,045.97 is payable to *The Probate Pro* for all matters related to the establishment and maintenance of the deceased estate for Megan Miller from October of 2020 through to the present;

    c. $4,231.00 is payable to *The Probate Pro* for all matters related to the establishment and maintenance of the deceased estate for Elle Gillman from October of 2020 through.

    d. After the deduction of the above costs and fees, the *net proceeds* will be divided amongst the three claimants as stated below:

        i. 50% to Savannah Miller (Decedent's adult daughter) for her loss of society and companionship;

        ii. 25% to Lindsay Dolson (Decedent's adult sister) for her loss of society and companionship; and

        iii. 25% Sandy Marecki (Decedent's adult sister) for her loss of society and companionship.

FINALLY, IT IS ORDERED that there will be no allocation to the estate for conscious pain and suffering; and that the estate reserves the right to amend the proposed distribution by stipulation and order upon the receipt of new information and/or costs.

This case is dismissed with prejudice and without fees or costs to any party.

_____
U.S. DISTRICT COURT JUDGE