UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN FINDLING,
*As Personal Representative of the Estate of Megan Miller, Deceased,*

    Plaintiff,

v.

JULIE GREEN-HERNANDEZ,

    Defendant.
_____/

Case No. 21-cv-12762

HON. MARK A. GOLDSMITH

## **JUDGMENT**

Judgment is entered in accordance with the Order entered on today's date.

The case is closed.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Joseph Heacox
DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2025